IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00767-PSF-MJW

ANTHONY TAPLIN,

Plaintiff(s),

v.

SWIFT & COMPANY LIFE INSURANCE PROGRAM, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion for Leave of Court for Plaintiff Himself to Attend Settlement Conference by Telephone (docket no. 11) is DENIED. Plaintiff has failed to comply with D.C.COLO.LCivR 7.1 A.

Date: July 3, 2006