IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  06-cv-00767-PSF-MJW

ANTHONY TAPLIN,

Plaintiff(s),

v.

SWIFT & COMPANY LIFE INSURANCE PROGRAM, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion to Vacate Settlement Conference and Defendants' Amended Certificate of Compliance (docket nos. 12 and 19) are both GRANTED finding good cause shown.  The Settlement Conference set on July 11, 2006, at 10:30 a.m. before Magistrate Judge Watanabe is VACATED and reset to September 18, 2006, at 3:00 p.m.  The parties shall submit their updated confidential settlement statements to Magistrate Judge Watanabe five (5) days prior to the settlement conference.  Plaintiff shall be present, person, along with his counsel at the settlement conference.  Defendant's representative, who has full authority to settle this case shall be present, in person, along with his counsel at the settlement conference.

Date: July 5, 2006